## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:11-cv-00406-BLW |
| ) | |
| Plaintiff, ) | **ORDER GRANTING LEAVE TO** |
| ) | **WITHDRAW** |
| vs. ) | |
| ) | |
| ROIRDON DOREMUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having granted counsel Jonathan D. Hally's motion to withdraw as counsel for Defendant Roirdon Doremus, hereby finds as follows:

NOW THEREFORE IT IS HEREBY ORDERED, that Jonathan D. Hally will continue to represent Defendant, ROIRDON DOREMUS, until proof of service of this Order on the Defendant has been filed with the Court.

IT IS FURTHER ORDERED, that the Defendant must appoint another attorney to appear, or to appear in person by filing a notice with the Court stating how the party will be represented. The Defendant has twenty-one (21) days from the date of the filing of the proof of service to advise the Court in writing in what manner he will be represented.

IT IS FURTHER ORDERED, that if the Defendant fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for default to be entered against the defendant.

If the party appears pro se, said party must advise the Court and other counsel of record, in writing, of the pro se litigant's address and any change in mailing address by filing a document entitled "Notice of Change of Address".

Case 3:11-cv-00406-BLW Document 25 Filed 05/02/13 Page 2 of 2



DATED: **May 2, 2013**

_____
B. LYNN WINMILL
Chief Judge
United States District Court